THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CONDON, Appellant.— Appeal by defendant from an order of the County Court, Kings County, denying, after a hearing, a motion in the nature of *coram nobis* and from an order denying a motion to renew on additional papers. Orders affirmed. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DOHENY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of subdivision 2 of section 2092 of the Penal Law (unlawful assembly) reversed on the law and the facts and information dismissed. In our opinion, the evidence was insufficient to establish appellant's guilt beyond a reasonable doubt. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GROVES, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of unlawful possession of a policy slip (Penal Law, § 974) and "from the sentence thereon" and "from the denial of the motion made after conviction". Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. (Code Crim. Pro., § 517.) No "motion made after conviction" has been found in the record. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.